# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENIAK ENTERPRISES, INC. d/b/a BENITO RISTORANTE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB LTD., and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Civil Action No. 2:20-cv-05536-KM-JBC<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and among the parties that all claims against Defendant Chubb Ltd. only are dismissed without prejudice and without costs to either party.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
Attorneys for Plaintiff


By:   /s/ Lindsey H. Taylor
        LINDSEY H. TAYLOR


CLYDE & CO US LLP
Attorneys for Defendant, Indemnity Insurance Company of North America


By:   /s/ Daren S. McNally
        DAREN S. MCNALLY


SO ORDERED this   16th   day of February, 2021

 /s/ Kevin McNulty
KEVIN McNULTY, U.S.D.J.