# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENIAK ENTERPRISES, INC. d/b/a BENITO RISTORANTE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB LTD. and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Case No. 2:20-cv-05536-KM-JBC |

## NOTICE OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Richard B. Goetz (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

Allen W. Burton (AB3206)
Leah Godesky (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036

Daren S. McNally (DSM5551)
Barbara M. Almeida (BMA7239)
Meghan C. Goodwin (MCG3012)
CLYDE & CO US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932

Daniel M. Petrocelli (*pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067

*Attorneys for Defendant Indemnity Insurance Company of North America*

**PLEASE TAKE NOTICE** that on June 21, 2021, or as soon thereafter as counsel may be heard, Defendant Indemnity Insurance Company of North America will move before the Honorable Kevin McNulty, U.S.D.J., at the Lautenberg U.S. Post Office and Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for judgment on the pleadings under Federal Rule of Civil Procedure 12(c).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant relies on (i) the Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings and (ii) the Declaration of Daren S. McNally in Support of Defendant's Motion for Judgment on the Pleadings and accompanying exhibit submitted herewith.  Also submitted herewith is a [Proposed] Order Granting Motion for Judgment on the Pleadings, as well as a Request for Judicial Notice with Exhibits.

| | |
|---|---|
| Dated:  April 30, 2021 | Respectfully submitted, |
| | /s/ Daren S. McNally |

Daren S. McNally (DSM5551)
Barbara M. Almeida (BMA7239)
Meghan C. Goodwin (MCG3012)
CLYDE & CO US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
daren.mcnally@clydeco.us
barbara.almeida@clydeco.us
meghan.goodwin@clydeco.us

Daniel M. Petrocelli (*pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
dpetrocelli@omm.com

Richard B. Goetz (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
rgoetz@omm.com

Allen W. Burton (AB3206)
Leah Godesky (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
aburton@omm.com
lgodesky@omm.com

*Attorneys for Defendant
Indemnity Insurance Company
of North America*

2