UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BENIAK ENTERPRISES, INC,**<br><br>Plaintiff,<br><br>v.<br><br>**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,**<br><br>Defendant. | Civ. No. 20-5536 (KM)(JBC)<br><br>**ORDER** |

This matter having come before the Court on defendant Indemnity Insurance Company of North America's motion (DE 26) for judgment on the pleadings; and the Court having considered the submissions of the parties; and for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 26th day of August 2021,

**ORDERED** that defendant's motion for judgment on the pleadings (DE 26) is **GRANTED**. The clerk shall close the file.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**